(136 So. 841)

### Monroe WILLIAMS v. STATE.

### 6 Div. 3.

Supreme Court of Alabama.

Oct. 8, 1931.

Rehearing Denied Nov. 19, 1931.

Pennington & Tweedy and L. D. Gray, all of Jasper, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

PER CURIAM.

Petition of Monroe Williams for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Williams v. State, 136 So. 840.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.